56 F.3d 69
NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
 John Lee NORD, Jr., Appellant,
v.
S. Frank THOMPSON, Warden Delta Regional Unit, Arkansas
Department of Correction; Larry Jordan, Chief Security
Officer, Delta Regional Unit, Arkansas Department of
Correction; Ann Stephens, LPN, Delta Regional Unit,
Arkansas Department of Correction, Appellees.
 No. 94-3690
 United States Court of Appeals,
Eighth Circuit.
 Submitted: May 9, 1995
Filed: May 11, 1995
 
 Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 In this 42 U.S.C. Sec. 1983 (1988) action, John Lee Nord, Jr., appeals the District Court's[1] adverse grant of summary judgment to defendant prison officials. Having carefully reviewed the record and the parties' briefs, we conclude that the District Court correctly granted summary judgment to defendants. Accordingly, the District Court's judgment is affirmed. See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable Warren K. Urbom, Senior United States District Judge for the District of Nebraska, sitting by designation in the Eastern District of Arkansas